FILED

June 12, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:        CR
                    Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: **DR:24-CR-01561-AM** |
| | § | |
| | § | |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| ALVEDISON ARIAS-PEREZ | § | Illegal Re-entry into the United States.] |
| | § | |

THE GRAND JURY CHARGES:

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about May 24, 2024, in the Western District of Texas, Defendant,

ALVEDISON ARIAS-PEREZ,

an alien, attempted to enter, entered, and was found in the United States having previously been

denied admission, excluded, deported and removed from the United States on or about January 28,

2008, and that Defendant had not received the consent of the Attorney General of the United States

and the Secretary of the Department of Homeland Security, to reapply for admission to the United

States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____ For
JAYVEE RHODA
Assistant United States Attorney